IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 JUN 21  AM 11: 37

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

FRANK SODA,

    Plaintiff,

v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, Office of Personnel Management, *et al.*,

    Defendants.

Civil Action No. 1:19-cv-03423-JKB

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff respectfully requests a dismissal of all causes of action in this complaint against all Defendants U. S. Office of Personnel Management, et. al.

1. Pursuant to the Court's Order (Document No. 48) Plaintiff was granted additional time to June 23, 2021 to reply to the Court's notice of April 26, 2021. An attorney has completed his review of this complaint and the Plaintiff has unsuccessfully completed his efforts to find a representative.

WHEREFORE, for the foregoing reasons, the Plaintiff requests dismissal of this complaint with each party to bear its costs. A proposed order is submitted.

Dated: June 21, 2021                      Respectfully submitted,

/S/ *Frank R. Soda*

Frank R. Soda
4 Baldwin Court Apt. C
Catonsville, MD 21228
Phone: (443) 413-2736
sodapop2@ix.netcom.com

*Plaintiff*

2

## CERTIFICATE OF SERVICE

The plaintiff certifies that he has on the ~~May~~ JUNE 21, 2021, I served a copy of the attached Plaintiff's Motion for Voluntary Dismissal by first-class mail on the following:

Carol Federighi

Senior Trial Counsel

United States Department of Justice

Civil Division, Federal Programs Branch

P. O. Box 883

Washington, DC 20044

*Counsel for Defendants*

*Frank Soda*

FRANK SODA